IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MELINDA JEAN JACKSON, | : | Case No. 1:25-cv-696 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| STEPHANIE EAKES, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)

The Court has thoroughly reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 4), to whom this case is referred. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 4) and **ORDERS** the following:

1) The Magistrate Judge provided Plaintiff an opportunity to file an amended complaint within thirty days from the date of the Report and Recommendation. This timeframe has passed, and Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**;

2) The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that any appeal of this Order would not be taken in good faith and hereby **DENIES** Plaintiff leave to appeal in forma pauperis. Plaintiff remains free to apply to proceed in forma

pauperis in the Court of Appeals; and

3) This matter is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND
