## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MELINDA JEAN JACKSON, | : | Case No. 1:25-cv-696 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| STEPHANIE EAKES, et al., | : | |
| | : | |
| Defendants. | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 8)

---

The Court has thoroughly reviewed the Report and Recommendation (Doc. 8) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 8) and **ORDERS** the following:

1) Plaintiff's Motion for Relief from Judgment (Doc. 7) is **GRANTED**; and

2) Any amended complaint by Plaintiff **SHALL BE FILED** within thirty (30) days of this Order.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND